DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOHN RUSSELL COLUMBIA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D20-3440

_____

September 15, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Collier County; Joseph G. Foster, Judge.

John Russell Columbia, pro se.


PER CURIAM.

    Affirmed.

KHOUZAM, BLACK, and LUCAS, JJ., Concur.